**ELECTRONIC AND SPACE TECHNICIANS LOCAL UNION 1553, Petitioner—Appellee,**

v.

**RAYTHEON COMPANY, Respondent—Appellant.**

**No. 03–55783.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2005.

Decided March 7, 2005.

Gerald V. Selvo, Esq., DeCarlo, Connor & Selvo, Los Angeles, CA, for Petitioner–Appellee.

Lawrence H. Stone, Esq., Jackson Lewis, et al., LLP, Los Angeles, CA, for Respondent–Appellant.

Before: KOZINSKI and TROTT, Circuit Judges, and SAND,* Senior District Judge.

### MEMORANDUM **

Before the District Court, Raytheon moved to stay arbitration on the grounds

---

* Hon. Leonard B. Sand, Senior U.S. District Judge for Southern New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

that there was no actual dispute between the parties as to an alleged violation, relying on *Alpha Beta Co. v. Retail Store Employees Union, Local 428,* 671 F.2d 1247 (9th Cir.1982). We agree that the Union did not allege a specific violation of the collective bargaining agreement sufficient to compel arbitration, and we therefore reverse the decision below.

At oral argument of this appeal, asked to state affirmatively the basis for the Union's assertion that there is an arbitrable violation, union counsel responded that Raytheon was presently denying union representatives appropriate access to the premises in question. Raytheon's counsel asserted that this was the first time he had heard this allegation and that a dispute concerning access may present an arbitrable issue. Our decision is without prejudice to the filing of a petition for arbitration on this basis.

REVERSED AND REMANDED for entry of an order staying the presently pending arbitration.